# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JULIE TOTTEY**

    vs.                  **CASE NUMBER: 5:05-CV-877 (FJS/DEP)**

**LIFE INSURANCE COMPANY OF NORTH AMERICA a/k/a CIGNA GROUP INSURANCE**

**Decision by Court.**  This action came to bench trial before the Court.  The issues have been tried and heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff was found to be totally disabled within the meaning of the Plan as of May 4, 2005, Defendant shall pay Plaintiff the long-term disability benefits to which she is entitled under the Policy from May 4, 2005, to the present time, as well as pre-judgment interest on those benefits; and the Court further Orders that Plaintiff's request for reasonable attorney's fees and costs is Granted; and the Court further Orders that Plaintiff shall file her application for attorney's fees and costs together with the supporting documentation, including the contemporaneous time records of her counsel.  Defendant shall file any objections thereafter. The Clerk hereby enters judgment in favor of Plaintiff and upon a determination of the Application for Attorney's Fees and costs will issue an amended judgment.

All of the above pursuant to the order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 18th day of February, 2009.

DATED: February 18, 2009

                                                        Clerk of Court

                                                      S/

                                                      Joanne Bleskoski

                                                      Deputy Clerk