# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

**JULIE TOTTEY**

        vs.                        **CASE NUMBER: 5:05-CV-877 (FJS/DEP)**

**LIFE INSURANCE COMPANY OF NORTH AMERICA a/k/a CIGNA GROUP INSURANCE**

**Decision by Court.**   This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff was found to be totally disabled within the meaning of the Plan as of May 4, 2005, Defendant shall pay Plaintiff the long-term disability benefits to which she is entitled under the Policy from May 4, 2005, to the present time, as well as pre-judgment interest on those benefits; and the Court further Orders that Plaintiff's request for reasonable attorney's fees and costs is Granted.  Plaintiff is awarded $ 51,891.00 for services rendered by counsel and $7,685.77 for out of pocket costs.

All of the above pursuant to the Orders of the Honorable Judge Frederick J. Scullin, Jr., dated 2/18/2009 and 11/10/2009.

DATED: November 10, 2009

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk